IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UMB BANK, N.A. AS SUCCESSOR TRUSTEE OF THE $17,280,000 PHILADELPHIA AUTHORITY FOR INDUSTRIAL DEVELOPMENT REVENUE BONDS (INTERNATIONAL APARTMENTS AT TEMPLE UNIVERSITY),**<br><br>*Plaintiff,*<br><br>v.<br><br>**BEECH INTERNATIONAL, LLC,**<br><br>*Defendant.* | **CIVIL ACTION**<br><br>**NO. 2:24-CV-05555**<br><br>**Judge Timothy J. Savage** |

## SUGGESTION OF BANKRUPTCY

PLEASE TAKE NOTICE that on Tuesday, December 10, 2024, Defendant, Beech International, LLC, filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code commencing its Chapter 11 bankruptcy Case No. 24-14406 (AMC) in the United States Bankruptcy Court for the Eastern District of Pennsylvania.  In light of the foregoing, this action is automatically stayed pursuant to 11 U.S.C. § 362.

Dated: December 11, 2024

Respectfully submitted,
**STEVENS & LEE, P.C.**

By: */s/ John C. Kilgannon*
John C. Kilgannon
Stevens & Lee, P.C.
1500 Market Street
East Tower, Suite 1800
Philadelphia, Pennsylvania  19102
Phone: (215) 575-0100
Fax: (610)371-7954
jck@stevenslee.com
*Proposed Bankruptcy Counsel to Beech International, LLC*