# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UMB BANK, NATIONAL ASSOCIATION ASSOCIATION AS SUCCESSOR TRUSTEE OF THE $17,280,000 PHILADELPHIA AUTHORITY FOR INDUSTRIAL DEVELOPMENT REVENUE BODS (INTERNATIONAL APARTMENTS AT TEMPLE UNIVERSITY** | : : : : : : : : | **CIVIL ACTION** |
| **v.** | : : | |
| **BEECH INTERNATIONAL, INC.** | : | **NO. 24-5555** |

## ORDER

**NOW**, this 12th day of December, 2024, upon consideration of the Suggestion of Bankruptcy (Doc. No. 15) filed December 10, 2024, suggesting that the defendant Beech International, LLC filed a petition in bankruptcy under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Pennsylvania, Case Number 24-14406, it is **ORDERED** as follows:

1. All proceedings are **STAYED** until further Order of the Court.

2. The Court shall retain jurisdiction and the case shall be returned to the trial docket when it is in such status as it may proceed to final disposition.

3. The entry of this Order is without prejudice to the rights of the parties.

4. The parties, through counsel, shall file a notice that the bankruptcy proceedings have been terminated or the stay lifted, whichever occurs earlier, within ten

days of such action.

     5.     The Clerk shall mark this case **CLOSED** administratively.

_____
TIMOTHY J. SAVAGE, J.